UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                No. 24-CR-0258-LTS

GEORGE COLE,                                                                  ORDER

        Defendant.

-------------------------------------------------------x

        The initial pretrial conference in this case is scheduled to proceed on May 17, 2024, at 10:00 a.m., in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
        May 10, 2024                           LAURA TAYLOR SWAIN
                                                             Chief United States District Judge