UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                              No.  24-CR-0258-LTS

GEORGE COLE,                                                          ORDER

        Defendant.

-------------------------------------------------------x

The next pretrial conference in this case is scheduled to proceed on Thursday, July 18, at 10:30 a.m., in Courtroom 17C.

SO ORDERED.

Dated: New York, New York                     _/s/ Laura Taylor Swain_____
      May 28, 2024                                   LAURA TAYLOR SWAIN
                                                            Chief United States District Judge