# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2024

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: United States v. George Cole, 24 Cr. 258 (LTS)

Dear Chief Judge Swain:

I write to respectfully request a 60-day adjournment of the July 18, 2024 conference in this matter. The Government does not object to this request. I make this request because Mr. Cole remains incarcerated at Rikers Island and has not yet been able to access his federal discovery. My office has sent Mr. Cole a discovery drive at Rikers, but because of many bureaucratic restrictions within the New York City Department of Correction he has not yet received it, much less reviewed it. Accordingly, an adjournment would allow needed time for discovery review and for discussion of a possible pretrial disposition.

Should the Court grant an adjournment, Mr. Cole and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your attention to these matters.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Jacob H. Gutwillig, Esq.
    Henry L. Ross, Esq.

The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to September 25, 2024, at 11:30 a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 25, 2024, outweigh the best interests of the public and the defendant in a speedy trial to afford time for the Parties to review discovery materials and discuss possible pretrial resolutions. This resolves docket entry no. 14. SO ORDERED.

Dated: 07/03/2024
/s/ Laura Taylor Swain, Chief U.S.D.J.