# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 3, 2024

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. George Cole, 24 Cr. 258 (LTS)

Dear Chief Judge Swain:

I write to respectfully request that the Court adjourn the October 16, 2024 conference in this matter to December 4, 2024, at 12:00 p.m. The Government does not object to this request. I make this request because Mr. Cole and I continue to review the voluminous discovery and because the parties are engaged in plea discussions that have not yet completed. In addition, Mr. Cole has an open New York State criminal case that predates his federal case and that is next scheduled for November 13.

Should the Court grant an adjournment, Mr. Cole and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your attention to these matters.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Jacob H. Gutwillig, Esq.

The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to December 4, 2024, at 12:00 p.m.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through December 4, 2024, outweigh the best interests of the public and the defendant in a speedy trial to afford time for the Parties to review discovery materials and discuss possible pretrial resolutions. This resolves docket entry no. 20. SO ORDERED.

Date: October 3, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.