# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2025

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. George Cole, 24 Cr. 258 (LTS)

Dear Chief Judge Swain:

I write to respectfully request that the Court adjourn the March 5, 2025 conference in this matter to April 2, 2025, at 11:00 a.m. The Government consents to this request. I make this request because Mr. Cole's open state court case is scheduled for trial on April 1, and so an adjournment here would allow his federal case to track his state case and would allow the parties to continue to discuss a pretrial resolution.

Should the Court grant an adjournment, Mr. Cole and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your attention to these matters.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Government counsel

The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to April 2, 2025, at 11:00 a.m., in Courtroom 17C. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 2, 2025, outweigh the best interests of the public and the defendant in a speedy trial to afford time for Mr. Cole's state court proceedings and to allow the parties to discuss potential pretrial resolutions. This resolves docket entry no. 27. SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: February 24, 2025