**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

March 28, 2025

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. George Cole, 24 Cr. 258 (LTS)**

Dear Chief Judge Swain:

I write to respectfully request that the Court modify George Cole's bond to remove the condition ordering drug testing/treatment at Pretrial Services' direction. This condition was imposed in error as it conflicts with another condition on Mr. Cole's bond that required him to submit to only one drug test upon his release (which he did, and which was negative). *See* Appearance Bond (ECF 7). Pretrial Services consents to this request and the Government has no objection.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Henry Ross, Esq.
      Evelyn Alvayero, Pretrial Services

The foregoing request is granted. The conditions of Mr. Cole's pretrial release are modified to remove the condition ordering that he submit to drug test/treatment at Pretrial Services' direction. This resolves docket entry no. 31. SO ORDERED.

Dated: March 28, 2025
/s/ Laura Taylor Swain, Chief U.S.D.J.