**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

September 2, 2025

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:  United States v. George Cole, 24 Cr. 258 (LTS)

Dear Chief Judge Swain:

I write to respectfully request that the Court adjourn the September 3, 2025 change-of-plea conference in this matter to September 5, 2025, at 2:30 p.m. The Government consents to this request. I make this request because Mr. Cole recently acquired a temporary work position that makes him unavailable to attend the currently scheduled conference.

Should the Court grant an adjournment, Mr. Cole and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your attention to these matters.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Government counsel

---

The foregoing request is granted. The hearing is hereby adjourned to September 5, 2025 at 2:30 p.m.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 5, 2025, outweigh the best interests of the public and the defendant in a speedy trial to afford time for Mr. Cole's state court proceedings. This order resolves docket entry no. 35. SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: September 2, 2025