# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 10, 2026

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York

MEMO ENDORSED

**Re:  United States v. George Cole, 24 Cr. 258 (LTS)**

Dear Chief Judge Swain:

I write to respectfully request that the Court extend George Cole's voluntary surrender date to May 26, 2026 (an approximately 30-day extension). This is my first request for an extension. On February 17, 2026, the Court sentenced Mr. Cole to 36 months' imprisonment on his convictions for failing to pay payroll taxes and set a voluntary surrender date of April 23. I request an extension of that date for two reasons. First, Mr. Cole has not yet been designated to a BOP facility for service of his sentence. As a result, he would be required to surrender to the Brooklyn MDC, which, given that facility's well-documented conditions, is not a safe environment for him. Second, he has newly appointed appellate counsel (not Federal Defenders) who requires time to consult with him before his surrender to prison in order to consider forms of relief including, potentially, a request for bail pending appeal. The Government has informed me that it opposes this request because, in the Government's view, there are no substantial questions for appeal.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Henry Ross, Esq.

The requested extension is denied.  Mr. Cole has been designated to the FCI Schuykill Satellite Camp and shall report as scheduled.

SO ORDERED.  4/13/2026
/s/ Laura Taylor Swain
Chief U.S. District Judge