UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  24-CR-0258-LTS

GEORGE COLE,                            ORDER

          Defendant.

--------------------------------------------------------x

The Court is in receipt of an application made by Mr. Cole, proceeding pro se, requesting a stay of surrender.  (Docket entry no. 53 ("the Application").)  Mr. Cole has been directed to surrender at the designated institution tomorrow, April 23, 2026.  The Court previously denied a letter motion—filed by counsel on April 10, 2026, that requested an extension of Mr. Cole's voluntary surrender date based in part on lack of a designation—in light of information that Mr. Cole had in fact, by that time, been designated to the FCI Schuylkill Satellite Camp.  (Docket entry no. 52.)  The current Application proffers information regarding Mr. Cole's medical and mental health conditions, which are matters that the Court considered thoroughly in imposing the sentence and setting the surrender date.  It also raises arguments regarding points that are or will be the subjects of a pending appeal, as to which the Court currently lacks jurisdiction.  See United States v. Jacques, 6 F.4th 337, 342 (2d Cir. 2021).  The Application does not raise any arguments for a stay of surrender that the Court has not previously considered, either in the course of sentencing or in resolving the earlier letter motion, and presents no circumstances warranting a further stay.  Cf. 18 U.S.C.A. § 3143(b)(1) (Westlaw through P.L. 119-83).  It is therefore denied in its entirety to the extent it seeks an extension or

stay of the surrender date, and is denied for lack of jurisdiction to the extent it may be seeking other relief.

Mr. Cole is directed to surrender at the FCI Schuylkill Satellite Camp on April 23, 2026, before 2:00 p.m., as scheduled.

SO ORDERED.

Dated: New York, New York  
     April 22, 2026

_/s/ Laura Taylor Swain_____  
LAURA TAYLOR SWAIN  
Chief United States District Judge

Copy emailed by Chambers to George@ColeNYC.com