# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 27, 2026

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York

**MEMO ENDORSED**

Re:  **United States v. George Cole, 24 Cr. 258 (LTS)**

Dear Chief Judge Swain:

I write to respectfully request that the Court extend George Cole's voluntary surrender date from tomorrow to May 11, 2026. As the Court knows, late last week Mr. Cole was admitted to NYU Langone hospital. Yesterday, I emailed Chambers a copy of Mr. Cole's discharge paperwork, which reflects that doctors observed an "asymptomatic 4.7 cm aneurysm of the distal splenic artery" and "recommend[ed] surgical repair [of the aneurysm] via an endovascular approach." Absent repair, there is an imminent risk that the aneurysm ruptures. *See* Cole medical ltr. (Apr. 27, 2026) (attached). To address this risk, Mr. Cole is scheduled to have a stent implanted in his abdomen on May 4, 2026. Accordingly, to allow that procedure to occur and to allow adequate recovery time, I request that the Court extend his surrender date until May 11.

The Government has informed me that it is likely to oppose this request. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Henry Ross, Esq.
     Jacob Gutwillig, Esq.

The foregoing request is granted.  Mr. Cole's surrender date is adjourned to **May 11, 2026, before 2:00 p.m.**

This order resolves docket entry no. 57.

SO ORDERED.
/s/Laura Taylor Swain, Chief U.S.D.J.
Dated: April 28, 2026

**Upper East Side Medical Pc**
**23 W 45TH ST**
**NEW YORK NY 10036-4900**
**212-988-2924**

04/27/2026

To whom it may concern,

This letter is to inform you that the Cole George above-named patient is under my medical care for a serious cardiovascular condition requiring immediate work restrictions and activity limitations.

**Medical Diagnosis:**

The patient has been diagnosed with an enlarging abdominal aortic aneurysm (AAA) which has grown significantly approximately one year ago. This represents rapid aneurysm expansion (>1 cm/year), which is a high-risk feature associated with increased rupture risk. The patient also has labile hypertension with documented blood pressure elevations to 185/125 mmHg, which further increases the risk of aneurysm rupture.

**Activity Restrictions:** Due to the critical nature of this condition and the imminent risk of life-threatening aneurysm rupture, the patient is medically restricted from the following activities effective immediately:

- **No climbing** (ladders, stairs, scaffolding, tower cranes, or any elevated structures)
- **No driving** (personal vehicles or commercial vehicles)
- **No use of mass transit** (trains, buses, subways)
- **No air travel**
- **No sports or recreational activities**
- **No heavy lifting or strenuous physical exertion**
- **No activities requiring Valsalva maneuver or isometric exercises**
- **No activities involving seatbelt tension or physical strain**

These restrictions are necessary to minimize physical stress, prevent blood pressure spikes, and reduce the risk of catastrophic aneurysm rupture prior to scheduled surgical intervention.

**Treatment Plan:**

The patient is scheduled for endovascular stent placement on May 4, 2026, with pre-operative cardiology clearance on May 3, 2026 with NYU.

**Duration of Restrictions:** These work restrictions are in effect immediately and will continue until surgical repair is completed and the patient receives medical clearance to return to normal activities. The patient should not return to work or resume restricted activities without explicit written authorization from the treating vascular surgeon and/or cardiologist.

The patient's condition is urgent and requires strict adherence to these activity limitations to prevent a potentially fatal outcome. Please contact my office if you require additional information or documentation.

Sincerely,
Arina Zudenko, DMSc, PA-C, CLS(ASCP)

Arina Zudenko PA-C
78 5th Ave, 7th Fl
NY, NY 10011
lic. 026888