UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              -against-

GEORGE COLE,

                 Defendant.

24-CR-258-LTS

ORDER

       Mr. Cole requests, through his appellate counsel, an extension of his surrender date and appointment of new counsel in the above-captioned matter. (Docket entry no. 60.) At sentencing, Mr. Cole was directed to surrender on April 23, 2026. (Docket entry no. 47.) The Court granted two previous extension requests—made by counsel for Mr. Cole and Mr. Cole himself, pro se—in consideration of medical need. (See docket entry nos. 56, 58.) Furthermore, the Court has been informed by the Office of Administrative Trials and Hearings that Mr. Cole has a trial scheduled to begin on May 18, 2026, and conclude on May 21, 2026. For the foregoing reasons, Mr. Cole's surrender date is hereby adjourned to **May 26, 2026, before 2:00 p.m.**

       Mr. Cole has also raised an argument that he received ineffective assistance of counsel. (Docket entry nos. 53, 60.) In light of this contention, he has been provided with new appellate counsel and Mr. Jonathan Marvinny is now relieved as counsel for the defendant in this court. Either Ms. Anna Estevao or Ms. Justine Harris, today's on-duty Criminal Justice Act ("CJA") attorneys, are hereby appointed as district court CJA counsel for Mr. Cole in the above-captioned matter. The attorney who will take on the representation is directed to file a notice of appearance by **12:00 p.m. on Friday, May 8, 2026**, and to contact Mr. Cole promptly.

       SO ORDERED.

Dated: New York, New York
      May 6, 2026

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge