
**HARRIS TRZASKOMA**

May 21, 2026

**BY ECF**

The Honorable Laura Taylor Swain
Chief District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10013

**MEMORANDUM ENDORSED**

Re:     *United States v. George Cole*, 24 Cr. 258 (LTS)

Dear Chief Judge Swain:

As newly appointed CJA counsel for Mr. George Cole, I write to respectfully request a two-week extension of his surrender date, from May 26, 2026, to June 9, 2026. This extension is necessary to allow Mr. Cole to complete urgent medical care and necessary follow-up, as well as to allow new counsel time to work with Mr. Cole before his surrender. A letter from Mr. Cole's medical provider updating his condition is attached as Exhibit A.

As the Court knows, Mr. Cole underwent endovascular repair of an abdominal aortic aneurysm on May 11, 2026. Immediately after surgery, there was concern about potential internal bleeding and numbness in his left hand. On May 18, consistent with those concerns, Mr. Cole presented to the emergency room with abdominal pain and swelling and a painful area on his left arm. Doctors discovered internal bleeding at the stent site and an infection at the surgical entry site on his left arm. They administered a clotting agent and IV antibiotics, discharged him on oral antibiotics, and ordered strict bed rest until a follow-up could be scheduled. Mr. Cole continues to experience abdominal pain.

Because of these complications, Mr. Cole's providers have scheduled a CT scan of his abdomen for May 29 to evaluate the repair and the stent-site bleed. Based on the CT results, there is a meaningful possibility that Mr. Cole will require immediate surgical intervention. Additionally, a post-operative visit with his vascular surgeon is scheduled for June 3.

A brief extension of Mr. Cole's surrender date to June 9 will allow him to complete the May 29 imaging and the June 3 follow-up, and to receive any further urgent treatment that may be necessary. New counsel also needs additional time to counsel Mr. Cole before his surrender.

I have conferred with the government regarding this request, and it has consented to an extension of the surrender date only until June 1. The government has suggested that, should Mr. Cole require surgery following the May 29 imaging, counsel may seek further adjournment at that time. I respectfully submit that this approach presents practical

Chief Judge Swain
May 21, 2026
Page 2

difficulties. Because May 29 falls on a Friday, any post-procedure filing would need to be prepared and submitted that same afternoon and resolved before the government's proposed Monday surrender date. Furthermore, the government's proposed June 1 surrender date would prevent Mr. Cole from attending his final post-op appointment on June 3, which we understand is the final follow-up appointment in connection with his May 11 procedure. In the interest of judicial economy and to avoid last-minute emergency filings, a modest extension to June 9 would allow time for Mr. Cole's necessary medical care without the need for additional motions practice.

I will keep the Court promptly informed of any developments in Mr. Cole's condition.

I appreciate the Court's attention to this matter.

Respectfully submitted,

*Justine A. Harris*

Justine A. Harris

cc:    All parties of record (Via ECF)

Based on the foregoing representations, Mr. Cole's surrender date is extended to **June 4, 2026**.  He must present himself at the designated facility before 2:00 p.m. on that date.  In addition, **by May 27, 2026,** counsel must serve on the Government and email to the Court for sealed filing a complete copy of the Emergency Room treatment and discharge documentation for the May 18, 2026 visit and a declaration by Mr. Cole providing his account of his OATH hearing that the Court understands was held on that day, including the timing and location of the hearing and the proceedings that took place.  This order resolves docket entry nos. 60 and 63.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: May 22, 2026

# EXHIBIT A

**Upper East Side Medical Pc**
**23 W 45TH ST**
**NEW YORK NY 10036-4900**
**212-988-2924**

**05/19/2026**

To whom it may concern,

This letter is to inform you that the Cole George above-named patient is under my medical care for a serious cardiovascular condition requiring immediate work restrictions and activity limitations.

**Medical Diagnosis:**

The patient has been diagnosed with an enlarging abdominal aortic aneurysm (AAA) which has grown significantly approximately one year ago. This represents rapid aneurysm expansion (>1 cm/year), which is a high-risk feature associated with increased rupture risk. The patient also has labile hypertension with documented blood pressure elevations to 185/125 mmHg, which further increases the risk of aneurysm rupture.

**Activity Restrictions:** Due to the critical nature of this condition and the imminent risk of life-threatening aneurysm rupture, the patient is medically restricted from the following activities effective immediately:

- **No climbing** (ladders, stairs, scaffolding, tower cranes, or any elevated structures)
- **No driving** (personal vehicles or commercial vehicles)
- **No use of mass transit** (trains, buses, subways)
- **No air travel**
- **No sports or recreational activities**
- **No heavy lifting or strenuous physical exertion**
- **No activities requiring Valsalva maneuver or isometric exercises**
- **No activities involving seatbelt tension or physical strain**

These restrictions are necessary to minimize physical stress, prevent blood pressure spikes, and reduce the risk of catastrophic aneurysm rupture prior to scheduled surgical intervention.

This letter is to confirm that Cole George is currently under my care for a significant cardiovascular condition.

Mr. Cole underwent surgery on 05/11/2026 and remained in the hospital overnight for monitoring due to concerns about blood pressure, numbness in his left hand, and potential internal bleeding related to the procedure. On the morning of 05/18/2026, Mr. Cole presented to the emergency room with abdominal pain and swelling. He also reported a red, painful, burning area on his left arm.

He was treated with antibiotics for an infection at the surgical entry site on his left arm and received a blood clotting agent to address minor bleeding at the stent site in the repaired artery.

Dr. Lugo, the attending surgeon, requires that Mr. Cole begin premedication two days before his next procedure due to an allergy to contrast dye (specifically shellfish), which will be used during the scheduled CT scan and any potential surgery to manage the bleed. Mr. Cole is also to take his prescribed blood pressure medication four hours prior to surgery.

All previous activity restrictions remain in effect. Given Mr. Cole's ongoing pain, he has now been instructed to stay on bed rest as much as possible and to call 911 if his pain worsens.

The CT scan and possible surgery are scheduled for May 29th at 9:00 AM, with a follow-up post-operative appointment set for June 3rd at 10:30 AM.

Sincerely,
Arina Zudenko, DMSc, PA-C, CLS(ASCP)

Arina Zudenko PA-C
78 5th Ave, 7th Fl
NY, NY 10011
lic. 026888