UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  24-CR-0258-LTS

GEORGE COLE,                           ORDER

        Defendant.

-------------------------------------------------------x


        The Court is in receipt of Mr. Cole's submission dated May 27, 2026, which was filed under seal because it contains sensitive medical information.  Having reviewed Mr. Cole's submission, the Court notes that the documents appear to have been altered heavily, with date changes, inconsistent fonts, and material information missing or obscured.[1]  Accordingly, counsel for Mr. Cole is hereby ordered to submit electronic and hard copies of the unaltered documentation to chambers, with copies to the Government, by **Friday, May 29, 2026 at 3:00 PM**, along with a declaration under penalty of perjury as to why and how the altered documents were produced.

        SO ORDERED.

Dated: New York, New York           _/s/ Laura Taylor Swain_____
     May 28, 2026               LAURA TAYLOR SWAIN
                              Chief United States District Judge

---

[1]    For example, on page 1 of Exhibit A, the font of "5/18" appears to be inconsistent with that of "2026."  Likewise, page 3 of Exhibit A says that it was printed on "4/24/2026," which would make the "5/18/2026" date impossible.  Exhibit A also contains no treatment information, and the entry regarding a "May 29th CT Scan" on page 1 is in a different font and resolution from the rest of the document.  Exhibit B, a photograph or screenshot of a doctor's note, appears to include multiple altered date references as well.  For example, the first "a" in "May 18, 2026 at 5:53 pm" has serifs, but the second "a" does not.  The "d" in "released 5:17 PM" is also abnormally large.