UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE COLE,

Defendant.

24-CR-258-LTS

ORDER

The Court is in receipt of defense counsel's request for leave to withdraw as counsel for Mr. Cole due to a conflict of interest. (Docket entry no. 66.) This request is granted, and Ms. Justine Harris is now relieved as counsel for the defendant in this court. Ms. Joan Loughnane, today's on-duty Criminal Justice Act ("CJA") attorney, is hereby appointed as district court CJA counsel for Mr. Cole in the above-captioned matter. Ms. Loughnane is directed to file a notice of appearance on **Tuesday, June 2, 2026**, and to contact Mr. Cole promptly. A copy of this Order will be emailed to Mr. Cole at george@colenyc.com, a personal email address that he has provided to the Court. This Order resolves docket entry no. 66.

SO ORDERED.

Dated: New York, New York
        June 1, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge