

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NEW YORK  10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5567
JLOUGHNANE@SIDLEY.COM

## MEMO ENDORSED

June 2, 2026

**By ECF**

Honorable Laura Taylor Swain
Chief U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Cole*, No. 24-CR-0258-LTS

Dear Chief Judge Swain:

We are writing on behalf of George Cole.  Your Honor appointed us as CJA counsel for Mr. Cole yesterday.

The Court has ordered that Mr. Cole surrender to his designated facility on Thursday, June 4, 2026, two days from today.  We understand that Mr. Cole has raised concerns about the interaction between his medical issues and his surrender date.  We respectfully request that the Court extend Mr. Cole's surrender date by one week, to next Thursday, June 11, 2026, in order to allow us to familiarize ourselves with those issues and discuss them with our client before his surrender is required.  The Government does not object to this request.

This is Mr. Cole's seventh request to extend his surrender date, which was originally scheduled for April 23, 2026.  (2/17/2026 Minute Entry.)  We understand that the Court denied Mr. Cole's initial two extension requests, but granted his next four requests in order to allow Mr. Cole to receive medical treatment and to attend an administrative trial.  (Dkts. 52, 54, 56, 58, 61, 64.)

Respectfully submitted,

*/s/ Joan Loughnane*
Joan Loughnane

cc (by email):  AUSA Henry Ross
AUSA Jacob Gutwillig

Mr. Cole is granted a **final extension, to June 11, 2026,** of his surrender date. Counsel is encouraged to ensure that the BOP designation office and the designated facility are provided promptly with up to date and accurate copies of any relevant medical information.  This resolves docket entry no 69.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: June 3, 2026

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.