UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE COLE,

Defendant.

24-CR-258-LTS

<u>ORDER</u>

The Court is in receipt of defense counsel's request for bail pending appeal. (Docket entry no. 72.)  Defense counsel present three questions that Mr. Cole intends to pursue on appeal: "(i) whether the Court elicited a sufficient factual basis during Mr. Cole's plea colloquy that Mr. Cole acted "willfully"; (ii) whether the Court improperly calculated Mr. Cole's criminal history category when it categorized a state conviction as a prior sentence rather than relevant conduct; and (iii) whether the Court properly considered the need to avoid unwarranted sentence disparities when considering the mean and median sentences for similarly situated defendants."  (Docket entry no. 72 at 1.)

The Court is not persuaded that questions (ii) or (iii) raise substantial questions of law or fact likely to result in reversal within the meaning of section 3143.  <u>See</u> 18 U.S.C. § 3143(b).  Upon examination of the plea transcript, (docket entry no. 7), the Court is similarly unpersuaded as to question (i).  That said, because whether (i) presents a substantial question on appeal is a closer question, the Court hereby grants bail pending appeal, under Mr. Cole's current conditions of release, and extends his surrender date until June 25, 2026, during which time Mr. Cole may make an application for bail pending appeal to the Court of Appeals for the Second Circuit.

Absent further relief from the Court of Appeals, Mr. Cole must present himself at the designated facility before 2:00 p.m. on **June 25, 2026**.  This Order resolves docket entry no. 72.

SO ORDERED.

Dated: New York, New York
       June 10, 2026

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge